PROB 12A
(7/93)

# United States District Court
## for
## District of New Jersey
## Report on Offender Under Supervision

Name of Offender: Joseph Lopez                                         Cr.: 07-632-001
                                                                      PACTS #: 47979

Name of Sentencing Judicial Officer: The Honorable Stanley R. Chesler United States District Court Judge

Date of Original Sentence: 04/10/2008

Original Offense: Conspiracy to Distribute and Possession with Intent to Distribute Oxycodone

Original Sentence: 5 years probation

Type of Supervision: Probation                         Date Supervision Commenced: 04/10/2010

## NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

**Violation Number**    **Nature of Noncompliance**

1.                      On December 29, 2010 the offender submitted a urine sample (C-0320052)
                        which tested positive for cocaine.

U.S. Probation Officer Action:

Lopez has been referred to Turning Point in Verona, New Jersey for mental health and intensive outpatient drug treatment. He is also enrolled in code-a-phone, a random urine testing program. Since the relapse, Lopez has been compliant with all treatment directives. As such, we ask that no action be taken at this time. We will continue to monitor Lopez for drug use. The offender understands that continued drug use or failure to attend treatment will result in a formal proceeding before the Court, by way of a 12C Violation of Supervised Release Petition.

The Court's endorsement of this petition will also serve as an official written reprimand to the offender.

Respectfully submitted,
By: Norma de Armas
Senior U.S. Probation Officer

Date: 01/27/11

*No Response is necessary unless the court directs that additional action be taken as follows:*
[ ] Submit a Request for Modifying the Conditions or Term of Supervision
[ ] Submit a Request for Warrant or Summons
[✓] Official Reprimand by the Court

Signature of Judicial Officer

**UNITED STATES DISTRICT COURT**
PROBATION OFFICE
**DISTRICT OF NEW JERSEY**

**CHRISTOPHER MALONEY**
CHIEF PROBATION OFFICER

**WILFREDO TORRES**
SENIOR DEPUTY CHIEF PROBATION OFFICER

DEPUTY CHIEF PROBATION OFFICERS
**THOMAS C. MILLER**

February 7, 2011

SUPERVISION UNIT
20 WASHINGTON PLACE
6TH FLOOR
NEWARK, NJ 07102-317
(973) 645-6161
FAX: (973) 645-2155

www.njp.uscourts.gov

Honorable Stanley R. Chesler
U.S. District Court Judge
Martin Luther King Jr. Federal Courthouse
50 Walnut St.
Newark, NJ 07102

RE: Lopez, Joseph
DKT. No: 07-632-001

**Report for Offender Under Supervision**

Dear Judge Chesler:

On April 10, 2008, the above-captioned offender was sentenced to five years probation for the offense of conspiracy to distribute and possession with intent to distribute oxycodone. Special conditions included drug testing and treatment, and mental health treatment.

As the enclosed petition attests, Lopez has reverted to drug use. On December 29, 2010, a urine test procured from the offender tested positive for cocaine use. Lopez candidly admitted to the cocaine relapse citing family conflicts, and not taking his medications as the cause of the regression. It should be noted that since the commencement of supervision, Lopez has been involved in drug and mental health treatment and, for the most part, he has been cooperative with treatment directives. The offender has a diagnosis of bipolar disorder and is medicated with Lithuim and Ambien

Lopez currently attends random urine drug testing and has been compliant with reporting appointments. He has indicated a willingness to address his drug relapse by resuming intensive outpatient drug treatment. Lopez has been referred to Turning Point in Verona, New Jersey. While at the program, both his drug and mental health needs will be addressed.

Since his release to supervision, the offender has been sporadically employed by roofing companies. Lopez alternates his residency between his girlfriend's house in Bloomfield and his parents in Newton, New Jersey.

Based on the offender's willingness to address his relapse, we are requesting no action be taken at this time. We will immediately notify Your Honor of any further non-compliance.

Should the Court concur with our recommendation, Your Honor's signature on the enclosed Form 12A will serve as an official reprimand from the Court. If Your Honor wishes to discuss this matter or desires a sanction or court appearance from the offender, we remain available at the Court's convenience.

Respectfully submitted,

Christopher Maloney, Chief
U.S. Probation Officer
By: Norma de Armas
Sr) U.S. Probation Officer